**MARILYN B. GUNNER, ESQ.**
**CALIFORNIA STATE BAR NO. 149540**
**P.O. BOX 605**
**LA MESA, CALIFORNIA 91944-0605**
**TELEPHONE: (619) 461-8716**

**Attorney for Material Witness**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No: 06cr2553LAB |
| Plaintiff, | **EX PARTE APPLICATION TO** |
| v. | **EXONERATE BOND; ORDER** |
| **STEVEN DAVID GONZALEZ-RODRIGUEZ** | |
| Defendant. | Mag. Judge: BROOKS |

Marilyn B. Gunner, Attorney for Material Witness Nohemi Tapia-Hernandez, requests the Court exonerate her Material Witness Appearance Bond. On December 28, 2006, after the Defendant entered a plea, Customs and Border Protection accepted jurisdiction over her and she has met the requirements for exoneration.

<u>March 20, 2007</u>         s/Marilyn B. Gunner
Date                                MARILYN B. GUNNER
                                         Attorney for Material Witness
                                         E-mail: mgunner@cox.net

**<u>ORDER</u>**

The Appearance Bond secured on behalf of Nohemi Tapia-Hernandez is exonerated and the Clerk of the Court shall release the $ 500.00 cash deposit held in the Registry of the Court to surety Isabel Zavala at 2085 Main St,. Santa Clara, Ca. 95050.

<u>March 21, 2007</u>
 Date                                HON. RUBEN B. BROOKS,
                                         UNITED STATES MAGISTRATE COURT JUDGE

1       06cr2553LAB