```
MARILYN B. GUNNER, ESQ.
CALIFORNIA STATE BAR NO. 149540
P.O. BOX 605
LA MESA, CALIFORNIA 91944-0605
TELEPHONE: (619) 461-8716
```

Attorney for Material Witness

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal No: 06cr2553LAB |
|---|---|---|
| Plaintiff, | ) | EX PARTE APPLICATION TO |
| v. | ) | EXONERATE BOND; ORDER |
| STEVEN DAVID GONZALEZ-RODRIGUEZ | ) | Mag. Judge: BROOKS |
| Defendant. | ) | |

   Marilyn B. Gunner, Attorney for Material Witness Maria De Rosario Topete-Flores, requests the Court exonerate her Material Witness Appearance Bond. On January 1, 2007, after the Defendant entered a plea, Customs and Border Protection accepted jurisdiction over her and she has met the requirements for exoneration.

```
March 20, 2007        s/Marilyn B. Gunner
Date                  MARILYN B. GUNNER
                      Attorney for Material Witness
                      E-mail: mgunner@cox.net
```

**ORDER**

   The Appearance Bond secured on behalf of Maria De Rosario Topete-Flores is exonerated and the Clerk of the Court shall release the $ 500.00 cash deposit held in the Registry of the Court to surety Richard Topete at 1901 S. Oak St., Santa Ana, Ca. 92707.

```
March 21, 2007                    /s/ Ruben Brooks
 Date                      HON. RUBEN B. BROOKS,
                           UNITED STATES MAGISTRATE COURT JUDGE
```

                    1        06cr2553LAB